IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| PUERTO RICO AMERICAN INSURANCE COMPANY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CARLOS H. BURGOS, et al.,<br><br>Defendants. | Civil No. 01-1186 (SEC) |

**AMENDED ORDER FOR EXECUTION OF JUDGMENT AND APPOINTMENT OF SPECIAL MASTER**

UPON the motion filed by Plaintiffs for the execution of the Judgment entered by this Court and it appearing from the records of this Court and from Plaintiffs' motion that the Judgment is final and remains unpaid.

Now, therefore, the Court hereby grants Plaintiffs' motion, and appoints Mr. Carlos F. Varcarcel Maura, a disinterested person in this matter, and whose address is El Centro I, Office 1307, Hato Rey, Puerto Rico, 00918, Tel.(787) 396-9952 and Fax (787) 754-2296, as Special Master in this case for the public sale of certain of the properties described in the "Order for Attachment of Real Property and Banking Accounts in Execution of Judgment," docket no. 1182, to wit:

A.  Property belonging to co-defendant Rafael Rivera Vázquez described according to the Registry of the Property of San Juan, Section I, as follows:

*URBANA:* Office space 205. Office space, apartment with an irregular shape, located at the second floor of Madrid Condominium, located at 1760 Loíza Street, Santurce, Municipality of San Juan, Puerto Rico. Said apartment with an area of approximately 1,463.00 square feet, equivalent to 136.00 square meters. Its boundaries as follows: by the North, in a distance of 19'-7" with the exterior space, facing Loíza Street, separated by exterior wall, and in 28'-1" with office 204, separated by interior wall; by the East, in a distance of 55'-2" with exterior wall space facing land of Marcelino Fernández and Eduardo González, separated by wall; by the South, in a distance of 53'-6" with the office 206, separated by interior wall; and by the West, in a total distance of 48'-5" with office 204, separated by interior wall and with the hall elevator lobby, separated by entrance door. The entrance of the apartment is located on its West boundary, connected with the hall elevator lobby of the floor with access to the outside. The above described apartment includes parking lot number 7. The following percentage in the rights held in common and in the common expenses and profits, 2.40%.

Property number 31,140, recorded at Page 25 of Volume 803, Santurce North, Registry of San Juan, Section I;

and

C.  Property belonging to co-defendant Rafael Rivera Vázquez and Isabel C. Hurtado described according to the Registry of the Property of Carolina, Section I, as follows:

"*URBANA*: Solar marcado con en número 991 del bloque "S" de la Urbanización Vistamar, Tercera Extensión, sita en el Barrio Sabana Abajo del municipio de Carolina, Puerto Rico, con una cabida superficial de 299.0 metros cuadrados. En lindes: por el Norte, en 23.00 metros con el solar número 994;

> por el Sur, en 23.00 metros con el solar número 996; por el Este en 13.00 metros con la calle "HH"; y por el Oeste, en 13.00 metros con el solar número 959. Enclava edificación de concreto."
>
> Property number 4,895 (before 10,039), recorded at Page 218 of Volume 136, Carolina, Registry of Carolina, Section I.

The Court directs the Special Master to proceed forthwith and to sell said properties at public auction to the highest bidder, in the manner and form provided in said judgment and as herein further provided:

a. The public sale shall be held at an appropriate location chosen by the Special Master in coordination with the U.S. Marshal.

b. Notices of sale shall be published by the Special Master once a week for at least four weeks prior to the date of the sale, in a newspaper printed regularly and having a general circulation on the island of Puerto Rico.

c. The Special Master at said sale shall not accept in payment of the property to be sold anything but United States currency or certified checks, except in case the properties be sold and adjudicated to the Plaintiffs, in which case the amount of the bid made by said Plaintiffs shall be credited and deducted from their judgment credits, the Plaintiffs being bound to pay in cash or certified check only any excess of their bid over the secured indebtedness then remaining unsatisfied.

    d.    The Special Master may, either personally or by some person designated by him to act in his name and by his authority, adjourn the sale from time to time, without further publication.

    e.    Upon the confirmation of the sale by this Court, the Special Master shall execute and deliver a deed of conveyance of the property sold to the purchaser thereof.

The Clerk of this Court is hereby ordered to issue the corresponding Writ of Execution.

DONE AND ORDERED at San Juan, Puerto Rico, this 18th day of February of 2010.

                                          s/Salvador E. Casellas
                                          **US DISTRICT COURT JUDGE**